IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| IRA B. HARRIS, Register No. 44990, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-4175-CV-C-SOW |
| ) | |
| KEITH SCHAFER, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On November 30, 2007, United States Magistrate Judge William A. Knox recommended that plaintiff's claims regarding his confinement at Eastern Reception, Diagnostic and Correctional Center be dismissed, without prejudice to refiling in the United States District Court for the Eastern District of Missouri. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of November 30, 2007, is adopted. [8] It is further

ORDERED that plaintiff's claims regarding his confinement at Eastern Reception, Diagnostic and Correctional Center are dismissed, without prejudice to refiling in the United States District Court for the Eastern District of Missouri.

/s/Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Dated: February 27, 2008