IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| IRA B. HARRIS, Register No. 44990, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-4175-CV-C-SOW |
| ) | |
| KEITH SCHAFER, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On March 13, 2008, United States Magistrate Judge William A. Knox recommended that plaintiff's claims against defendants Department of Mental Health, Division of Comprehensive Psychiatric Services, and Fulton State Hospital be dismissed. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of March 13, 2008, is adopted. [19] It is further

ORDERED that plaintiff's claims against defendants Department of Mental Health, Division of Comprehensive Psychiatric Services, and Fulton State Hospital are dismissed, pursuant to 28 U.S.C. § 1915A, for failure to state a claim.

/s/Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Dated: April 14, 2008